UNITED STATES *v.* ZALOOM & CO. ET AL. (No. 2685)[1]

United States Court of Customs Appeals, June 22, 1926

APPEAL from Board of United States General Appraisers, Abstract 49829

[Reversed.]

*Charles D. Lawrence*, Assistant Attorney General (*Reuben Wilson*, special attorney, of counsel), for the United States.
*Brooks & Brooks* (*Ernest F. A. Place* of counsel) for appellees.

[Oral argument March 17, 1926, by Mr. Lawrence and Mr. Brooks, jr.]

Before GRAHAM, Presiding Judge, and SMITH, BARBER, BLAND, and HATFIELD, Associate Judges

HATFIELD, Judge, delivered the opinion of the court:

The merchandise in this case is salted and roasted pistache nuts; and the issues are the same as those in the case of *United States* v. *Sheldon & Co.*, 14 Ct. Cust. Appls. 228, T. D. 41708, decided concurrently herewith.

On the authority of the decision in that case, the judgment of the court below is *reversed*.

DISSENTING OPINION

SMITH and BARBER, Judges: For the reasons stated in the dissenting opinion in *United States* v. *Sheldon & Co.*, 14 Ct. Cust. Appls. 228, T. D. 41708, concurrently decided, we dissent.